**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WILLIAM MICHAEL PARK,

    Plaintiff,

v.                                          Case No. 14-10982

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                                /

**JUDGMENT**

In accordance with the court's "Opinion and Order," dated September 29, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff William Michael Park and against Defendant Commissioner of Social Security and this case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  Dated at Detroit, Michigan, this 29th day of September, 2015.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT


                                 BY:   S/Lisa Wagner
                                        Lisa Wagner, Deputy Clerk
                                        and Case Manager to
                                        Judge Robert H. Cleland